ERICA T. LOFTIS, #259286
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)
Email: erica@mclaw.org

**IT IS SO ORDERED.**
**Signed October 01, 2010**

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID GUTIERREZ VELEZ and ELISA AGUILAR VELEZ,<br><br>Debtors.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCATION SERVICER FOR LASALLE BANK NA AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OA3 TRUST, and its successors and/or assignees,<br><br>Movant,<br><br>vs.<br><br>DAVID GUTIERREZ VELEZ and ELISA AGUILAR VELEZ, Debtors, and Mohamed Poonja, Trustee,<br><br>Respondents. | Bankruptcy No. 10-55323<br><br>RS No. ETL-159<br><br>Chapter 7<br><br>**ORDER TERMINATING AUTOMATIC STAY**<br><br><u>CONTINUED HEARING DATE</u>:<br>DATE: August 25, 2010<br>TIME: 2:00 p.m.<br>CTRM: 3020 |

A Motion For Relief From The Automatic Stay was noticed in the within matter and filed by JPMORGAN CHASE BANK, NATIONAL ASSOCATION SERVICER FOR LASALLE BANK NA AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OA3 TRUST, and its successors and/or assignees ("Movant"). Said Motion was heard before the Honorable ARTHUR S. WEISSBRODT, United States Bankruptcy Judge on August 25, 2010.

The Court having read the various pleadings, documents and proceedings herein and proper service having been made, and having found cause to terminate the automatic stay herein, hereby makes its Order as follows:

1. The Debtors are to make a payment in the amount of $3,000.00 on or by September 20, 2010 and again on October 20, 2010.

2. No foreclosure sale for 60 days from the date of hearing. Said provision will survive Debtors' discharge.

** END OF ORDER **

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | DAVID GUTIERREZ VELEZ and ELISA AGUILAR VELEZ |
| 3 | 2180 Wynfair Ridge Way<br>San Jose CA 95138 |
| 4 | Pro se |
| 5 | Mohamed Poonja |
| 6 | PO Box 1510<br>Los Altos CA 94023 |
| 7 | |
| 8 | MALCOLM ♦ CISNEROS<br>2112 Business Center Drive<br>Second Floor |
| 9 | Irvine, CA 92612 |

EFP\WMB\66704    3    Loan No.

ARTURO M. CISNEROS, #120494
KEVIN HAHN. #231579
ERICA T. LOFTIS. #259286
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)
Email: arturo@mclaw.org

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 10-55323 |
| DAVID GUTIERREZ VELEZ and ELISA AGUILAR VELEZ, | RS No. ETL-159 |
| Debtors. | Chapter 7 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCATION SERVICER FOR LASALLE BANK NA AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OA3 TRUST, and its successors and/or assignees, | **CERTIFICATE OF SERVICE**<br><br>HEARING DATE:<br>DATE: July 8, 2010<br>TIME: 2:00 p.m.<br>CTRM: 3020 |
| Movant, | |
| vs. | |
| DAVID GUTIERREZ VELEZ and ELISA AGUILAR VELEZ, Debtors, and Mohamed Poonja, Trustee, | |
| Respondents. | |

I, _____, declare:

1. I am a paralegal employed by the law firm of MALCOLM ♦ CISNEROS, A Law Corporation, in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California 92612. I have first hand personal knowledge of the facts set forth below and if called upon to testify, I could and would do so competently and truthfully.

2. On September 23, 2010, I served the following document described as:

- **PROPOSED ORDER TERMINATING STAY**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows:

| **DEBTORS:**<br>DAVID GUTIERREZ VELEZ and ELISA AGUILAR VELEZ<br>2180 Wynfair Ridge Way<br>San Jose CA 95138 | **DEBTORS' ATTORNEY:**<br>Pro se |
|---|---|
| **CHAPTER 7 TRUSTEE:**<br>Mohamed Poonja<br>Mohamed Poonja<br>PO Box 1510<br>Los Altos CA 94023 | **OFFICE OF THE U.S. TRUSTEE:**<br>**Via E-Mail**<br>Office of the U.S. Trustee<br>SAN JOSE |

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 23, 2010, at Irvine, California.

/s/